**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Carla Thomas and Eugene Thomas  v.  California Golden Coast, LLC

Appellate case number:   01-15-01046-CV

Trial court case number:  1008525

Trial court:             County Civil Ct at Law No. 4 of Harris County

Date motion filed:       July 24, 2017

Party filing motion:  Appellants

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack
                        ☐ Acting individually    ☒ Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Brown and Lloyd

Date:  January 11, 2018